**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT COVINGTON**

**IN RE:**     **RHETT W. FRAMBES**              **CHAPTER 13**
          **RACHEL A. FRAMBES**

                                        **CASE NO: 09-20312**

          **DEBTORS**

**CERTIFICATE OF SERVICE**

    I hereby certify pursuant to 11 U.S.C. § 521(a)(1)(B)(iv) that the payment advices for the 60 days before the date of bankruptcy filing for the above debtor(s) were sent electronically to the Chapter 13 Trustee and by mail to the U.S. Trustee on March 12, 2009.

_**S/ Steven L. Schiller**_
STEVEN L. SCHILLER
Attorney for Debtor
4 West Fourth Street
Suite 200
Newport, KY 41071
859.261.6811
Schiller@fuse.net