**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON**

IN RE:      RHETT W. FRAMBES                    CHAPTER 13
            RACHEL A. FRAMBES

                                                CASE NO: 09-20312

            DEBTORS

## APPLICATION TO ALLOW ATTORNEY'S FEE

The undersigned attorney for the debtors states and represents as follows:

1. The fee to be charged by the undersigned attorney for legal services rendered or to be rendered for the debtors in this bankruptcy case, exclusive of costs, is $200.00 per hour. The undersigned has performed services, summarized on the attached Exhibit A, in the amount of $3,140.00. The debtors have paid to date $1,095.00, leaving a balance payable in the amount of $2,045.00

2. The source of the compensation paid or to be paid is the debtors, which compensation shall, by agreement with the debtors, be paid by the Chapter 13 trustee as a priority administrative claim in the bankruptcy case, upon approval thereof by the court.

3. The undersigned attorney has filed a document entitled Disclosure of Compensation of Attorney for Debtor with the court, the provisions of which are incorporated by reference in this application.

4. The legal services rendered or to be rendered by the undersigned attorney in connection with this bankruptcy case include the following:

Examining and analyzing the debtors' financial situation and advising the debtors thereon.

Preparing and filing the petition, schedules, statements, plan and other necessary documents and pleadings in the case.

Representing the debtors at the meeting of creditors, the confirmation hearing, and all other court hearings in the case.

Assisting the debtors in obtaining confirmation of the debtors' plan and in carrying out and consummating the plan.

  5. The undersigned attorney is admitted to practice before this court and in this state, maintains a law practice at the address shown below on this application, is a disinterested person with respect to this bankruptcy case and does not hold or represent an interest adverse to the estate with respect to the matter for which the attorney has been employed, and is competent and experienced in the handling of Chapter 13 bankruptcy cases.

  WHEREFORE, the undersigned attorney respectfully applies for allowance of the compensation described above in this application and requests that the unpaid balance of such compensation be approved by the court as a priority administrative claim in the case, to be paid by the Chapter 13 trustee out of the funds deposited with the trustee by the debtor.

  DATED: 6/24/2009

            ***/s/ Steven L. Schiller***
            Steven L. Schiller
            Attorney for Debtors
            4 W. Fourth St. #200
            Newport, KY 41071
            859-261-6811    schiller@fuse.net

## NOTICE

  Notice is hereby given that the within Motion is subject to an objection period of 20 days, unless the bankruptcy code specifies a longer period. Unless an objection is filed during said period, an order sustaining the motion will be presented to the Court for consideration. There will be a hearing on the Motion only if an objection is filed.

## CERTIFICATE OF SERVICE

  The undersigned certifies under penalty of perjury that he has on the date shown below, served in the manner required by the Bankruptcy Rules, a true copy of this document to the United States trustee, the Chapter 13 trustee, and to all creditors.

Date: 6/24/2009

            ***/s/ Steven L. Schiller***
            Steven L. Schiller



**Steven L. Schiller, Attorney at Law**
**4 W. Fourth St., Suite 200**
**Newport, KY 41071**
**859-261-6811**
**859-909-0400 fax**
**schiller@fuse.net**

June 22, 2009

Rhett and Rachel Frambes
353 Riverbend Dr.
Ludlow, KY 41016

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| | | **Previous Balance** | | | **$0.00** |
| 10/7/2008 | Bankruptcy | 121 Conf w/client | 1.30 | $200.00 | $260.00 |
| 12/4/2008 | Bankruptcy | 121 Conf w/client; prep bankruptcy papers, means, asset check, etc | 7.80 | $200.00 | $1,560.00 |
| 12/8/2008 | Bankruptcy | 230 receipt / review & forward documents to trustee | 0.30 | $200.00 | $60.00 |
| 2/5/2009 | Bankruptcy | 133 Correspondence to & from client re car purchase situation | 0.20 | $200.00 | $40.00 |
| 2/17/2009 | Bankruptcy | 121 Conf w/client; revise, sign & file bankruptcy papers | 1.40 | $200.00 | $280.00 |
| 3/2/2009 | Bankruptcy | 133 Correspondence to & from Capital One atty; re car <910; review plan; phone conf w/client | 0.30 | $200.00 | $60.00 |
| 3/5/2009 | Bankruptcy | 133 Correspondence to & from Capital One atty | 0.20 | $200.00 | $40.00 |
| 3/11/2009 | Bankruptcy | 121 Conf w/client; prep & file amended plan to change treatment | 1.70 | $200.00 | $340.00 |
| 3/11/2009 | Bankruptcy | 133 Correspondence to & from client; review lawsuit information; ltr to Capital One atty re void suit | 0.60 | $200.00 | $120.00 |
| 3/12/2009 | Bankruptcy | 230 receipt / review & forward documents to trustee | 0.30 | $200.00 | $60.00 |
| 4/13/2009 | Bankruptcy | 310 Attend/Appear 341 meeting; conf w/client | 1.00 | $200.00 | $200.00 |
| 5/5/2009 | Bankruptcy | 230 receipt / review 08 tax returns; forward to trustee | 0.20 | $200.00 | $40.00 |
| 6/22/2009 | Bankruptcy | 230 receipt / review confirmation Order; phone conf w/client; review filed claims | 0.40 | $200.00 | $80.00 |
| | | **Amount Due** | **15.70** | | **$3,140.00** |