**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

**IN RE:**

RHETT W FRAMBES
RACHEL A FRAMBES
353 RIVERBEND DR

LUDLOW KY 41016

**DEBTORS**                         **CASE NUMBER:** 09-20312
                                    **SSN:** XXX-XX-8389
                                         XXX-XX-5805

**NOTICE AND OPPORTUNITY FOR HEARING**
**AND OBJECTION TO CLAIM**

NOTICE OF HEARING

Notice is hereby given of this Objection to Claim. Unless a Response and Request for Hearing, stating grounds for opposing the Objection is filed within thirty (30) days of service of this Notice, an Order will be tendered sustaining the Objection and the matter will be submitted to the Court for decision. No hearing will be held unless a timely request for hearing is filed. Notice is further given that the attached order sustaining this objection is being tendered herewith.

CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing was served electronically or by mail on July 21, 2009    to the persons and addresses indicated below.

OBJECTION TO CLAIM

      The Trustee objects to the claim of DELL FINANCIAL SERVICES LP filed as claim number 16   in the amount of $7,071.49   on the basis that:

      The claim was filed later than 90 days after the first scheduled Section 341(a) Meeting of Creditors, therefore, said claim should be disallowed as tardy.  Bankruptcy Rule 3002(c).  The Trustee requests that the creditor be barred from refiling a claim for this account.

                                           /s/ Beverly M. Burden
                                           Beverly M. Burden, Trustee
                                           P.O. Box 2204
                                           Lexington, KY 40588-2204

cc:

SCHILLER, STEVEN
ATTORNEY AT LAW
4 W. FOURTH ST, #200
NEWPORT  KY 41071


DELL FINANCIAL SERVICES LP
% COLLECTIONS CONSUMER BKTCY
12234B NORTH I-35
AUSTIN     TX 78753-1705


All Creditors requesting electronic notice.