BK1005435
AJR

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| IN RE: | Case No. 09-20312 |
|---|---|
| Rhett W Frambes<br>Rachel A. Frambes | Chapter 13 |
| Debtors | Judge Wise |
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION(PROPERTY ADDRESS: 353 RIVERBEND DRIVE, COVINGTON, KY 41016)** |

This matter is before the Court upon the Motion for Relief from the Automatic Stay filed herein by the secured creditor, JPMorgan Chase Bank, National Association; and it appearing to the Court that the debtors, debtors' counsel, the Trustee and any lienholders were served with a copy of said Motion as indicated on the Certificate of Service attached to said Motion, and were served with a notice and opportunity for hearing; and it further appearing that movant's Motion is well taken; accordingly

IT IS ORDERED THAT the automatic stay imposed by Section 362 of the Bankruptcy Code shall be, and hereby is terminated in all respects as against the said movant, so as to permit movant to proceed with its state court remedies.

1

Pursuant to Local Rule 9022-1(c),

__Ronald C Taylor Jr.__,
shall cause a copy of this order to be served on
each of the parties designated to receive
this order pursuant to Local Rule 9022-1(a)
and shall file with the court a certificate
of service of the order upon such parties
within ten (10) days hereof.

2

COPIES TO:

Beverly M. Burden
100 East Vine Street
Merrill Lynch Building, Suite 500, P.O. Box 2204
Lexington, KY 40595-2204
Notices@Ch13EDKY.com

City of Ludlow
PO Box 16188
Ludlow, KY 41016

Rhett W Frambes
353 Riverbend Dr.
Covington, KY 41016

Rachel A. Frambes
353 Riverbend Dr.
Covington, KY 41016

Kenton Co. Sheriff
PO Box 188070
Erlanger, KY 41018-8070

Office of the U.S. Trustee
100 East Vine Street, Ste. 500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov

Hon. Steven L. Schiller
4 West Fourth Street #200
Newport, KY 41071
schiller@fuse.net

Hon. Ronald C Taylor
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com

Washington Mutual
FSC0127
PO Box 100512
Florence, SC 29502

COPIES TO:

Beverly M. Burden
100 East Vine Street
Merrill Lynch Building, Suite 500, P.O. Box 2204
Lexington, KY 40595-2204
Notices@Ch13EDKY.com

City of Ludlow
PO Box 16188
Ludlow, KY 41016

Rhett W Frambes
353 Riverbend Dr.
Covington, KY 41016

Rachel A. Frambes
353 Riverbend Dr.
Covington, KY 41016

Kenton Co. Sheriff
PO Box 188070
Erlanger, KY 41018-8070

Office of the U.S. Trustee
100 East Vine Street, Ste. 500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov

Hon. Steven L. Schiller
4 West Fourth Street #200
Newport, KY 41071
schiller@fuse.net

Hon. Ronald C Taylor
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com

Washington Mutual
FSC0127
PO Box 100512
Florence, SC 29502