**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON**

IN RE:    RHETT W. FRAMBES          CHAPTER 13
           RACHEL A. FRAMBES

                                            CASE NO: 09-20312

           **DEBTORS**

## OBJECTION TO MOTION FOR STAY RELIEF OF J. P. MORGAN CHASE BANK

    Come debtors and hereby object to the motion for relief from stay filed by J. P. Morgan Chase Bank.  Debtors are in the process of attempting to resolve the motion with counsel for the Movant.  The real estate in question is debtors' residence, and necessary for their reorganization.

                                            *S/ Steven L. Schiller*
                                            STEVEN L. SCHILLER
                                            Attorney for Debtors
                                            4 West Fourth Street #200
                                            Newport, KY 41071
                                            859-261-6811
                                            schiller@fuse.net

<u>NOTICE</u>

    Notice is hereby given that the foregoing will be heard on Tuesday, July 13, 2010 at 10:00 a.m. at the Bankruptcy Courtroom, 35 W. Fifth St., Covington, KY 41011.

<u>CERTIFICATION</u>

    I hereby certify that a copy of the foregoing has been served, by U. S. Mail or court approved email, upon Ronald Taylor, attorney for Movant, and the Chapter 13 trustee, on July 1, 2010.

                                            */S/Steven L. Schiller*