UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:    RHETT W. FRAMBES            CHAPTER 13
          RACHEL A. FRAMBES

                                       CASE NO: 09-20312

          DEBTORS

### AGREED ORDER MODIFYING PLAN PAYMENTS

The Chapter 13 Trustee having advised that additional funding is required for plan feasibility, it is hereby ORDERED

That, beginning with the July, 2010 payment, the monthly plan payment shall be increased from $550.00 to $598.00 per month.

The Trustee's Motion to Dismiss for feasibility (Doc. #27) is hereby withdrawn.

Have seen and agreed:

/S/Steven L. Schiller                 /S/Beverly S. Burden
Attorney for Debtors                  Chapter 13 Trustee

Pursuant to local Rule 9022-1(c), Steven L. Schiller shall cause a copy
of this order to be served on each of the parties designated to receive this order
pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the
order upon such parties within ten (10) days hereof.

CC:
Debtor,
Attorney for Debtor, Steven L. Schiller, 4 W. Fourth St., Suite 200, Newport, KY 41071
Chapter 13 Trustee: Beverly Burden, P.O. Box 2204, Lexington, KY 40588-2204
U. S. Trustee, 100 E. Vine St., Suite 803, Lexington, KY 40507-1444

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Thursday, July 01, 2010
(jms)**