BK1005435
JJR

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | |
|---|---|
| IN RE: | Case No. 09-20312 |
| Rhett W Frambes<br>Rachel A. Frambes | Chapter 13 |
| | Judge Wise |
| Debtors | |
| | **AGREED ORDER FOR RELIEF FROM STAY OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (PROPERTY ADDRESS: 353 RIVERBEND DRIVE, COVINGTON, KY 41016)** |

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by JPMorgan Chase Bank, National Association ("Movant").

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, the Chapter 13 Trustee, and all other necessary parties were served with this Motion and with notice of the hearing date for this Motion; and

The Chapter 13 Plan filed herein on behalf of the debtors provided that said debtors were to make regular monthly mortgage payments to Movant outside the Plan in a regular monthly fashion.

The parties have entered into an agreement resolving the Motion, the terms of which are set forth as follows: The post-petition arrearage due as of June 30, 2010, is $1,919.36, which amount consists of:

Post Petition Payments:

| Amount | Date Due |
|---|---|
| 1,319.36 | June 1, 2010 |

and $500.00 for attorney fees associated with the Motion and $150.00 court costs incurred herein for filing the Motion, less $50.00 in debtors' suspense account.

In order to cure the post-petition arrearage, Debtors agree to make the following lump sum payments to Movant in the form of certified funds on or before the dates specified herein as follows:

Stipulated Payments:

| Amount | Date Due |
|---|---|
| 319.91 | July 20, 2010 |
| 319.89 | August 20, 2010 |
| 319.89 | September 20, 2010 |
| 319.89 | October 20, 2010 |
| 319.89 | November 20, 2010 |
| 319.89 | December 20, 2010 |

Said lump sum payments are in addition to the regular monthly mortgage payments due and owing for said months. All payments shall be tendered to:

**Washington Mutual Corporation**
**Attn: OH4-7133**
**3415 Vision Drive**
**Columbus, Ohio 43219**

This payment address is subject to change.

Failure by the Debtors to make any payment described above shall constitute a default.

**IT IS THEREFORE, ORDERED:**

1.  The Debtors shall maintain regular monthly post-petition payments to Movant outside the Chapter 13 plan beginning with a payment due July 1, 2010. Failure by the Debtors to make any payment within 15 days of the date due shall constitute a default.

2.  Upon the existence of a default, Movant's counsel may send Debtors and counsel for Debtors a 10-day notice of Movant's intent to file a Notice of Default without further order from this Court.

3.  If the default is not cured within that 10-day period, then upon the filing of a Notice of Default the automatic stay shall be terminated in all respects as against Movant its successors and assigns without further hearing or order from this Court and by agreement of the parties hereto. The only ground for objection to such a Notice shall be that payments are timely made.

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| /s/ Ronald C Taylor, Case Attorney | /s/ Steven L. Schiller, Attorney for Debtors |
| LERNER, SAMPSON & ROTHFUSS | Rhett W Frambes, Debtor |
| Bar Registration No. 0083298 | Rachel A. Frambes, Debtor |
| Attorneys for Movant | 4 West Fourth Street #200 |
| PO Box 5480 | Newport, KY 41071 |
| Cincinnati, OH 45201-5480 | 8592616811 |
| (513) 241-3100 ext. 3472 | schiller@fuse.net |
| (513) 354-6464 fax | |
| ekybk@lsrlaw.com | |

Attorneys for Movant,
JPMorgan Chase Bank, National
Association

/s/ Beverly M. Burden, Trustee
Notices@Ch13EDKY.com

Pursuant to Local Rule 9022-1(c),
Ronald C Taylor,
shall cause a copy of this order to be served on
each of the parties designated to receive
this order pursuant to Local Rule 9022-1(a)
and shall file with the court a certificate
of service of the order upon such parties
within ten (10) days hereof.

COPIES TO:

Beverly M. Burden - Trustee
100 East Vine Street
Merrill Lynch Building, Suite 500, P.O. Box 2204
Lexington, KY 40595-2204
Notices@Ch13EDKY.com
VIA ELECTRONIC SERVICE

City of Ludlow - Creditor
PO Box 16188
Ludlow, KY 41016
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Rhett W Frambes - Debtor
353 Riverbend Dr.
Covington, KY 41016
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Rachel A. Frambes - Debtor
353 Riverbend Dr.
Covington, KY 41016
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Kenton Co. Sheriff - Creditor
PO Box 188070
Erlanger, KY 41018-8070
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
100 East Vine Street, Ste. 500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov
VIA ELECTRONIC SERVICE

Hon. Steven L. Schiller - Attorney for Debtors
4 West Fourth Street #200
Newport, KY 41071
schiller@fuse.net
VIA ELECTRONIC SERVICE

Hon. Ronald C Taylor - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
ekybk@lsrlaw.com
VIA ELECTRONIC SERVICE

Washington Mutual - Creditor
FSC0127
PO Box 100512
Florence, SC 29502
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Thursday, July 08, 2010
(jms)**