**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON**

IN RE:    RHETT W. FRAMBES              CHAPTER 13
         RACHEL A. FRAMBES

                                         CASE NO: 09-20312

         DEBTORS

### APPLICATION TO ALLOW ATTORNEY'S FEE
### (Post - Confirmation)

The undersigned attorney for the debtors states and represents as follows:

1. The fee to be charged by the undersigned attorney for legal services rendered or to be rendered for the debtors in this bankruptcy case, exclusive of costs, is $200.00 per hour. The undersigned has performed services, post - confirmation, since the last Fee Application, if any, as summarized on the attached Exhibit A, in the amount of $780.00. The undersigned has previously received $3,140.00, from debtor(s) or the Chapter 13 Trustee, for pre - confirmation and previously Ordered post - confirmation services. The attached billing for $780.00 represents services performed beyond those previously applied for.

2. The source of the compensation paid or to be paid is the debtors, which compensation shall, by agreement with the debtors, be paid by the Chapter 13 trustee as a priority administrative claim in the bankruptcy case, upon approval thereof by the court.

3. The undersigned attorney has filed a document entitled Disclosure of Compensation of Attorney for Debtor with the court, the provisions of which are incorporated by reference in this application.

4. The undersigned attorney is admitted to practice before this court and in this state, maintains a law practice at the address shown below on this application, is a disinterested person with respect to this bankruptcy case and does not hold or represent an interest adverse to the estate with respect to the matter for which the attorney has been employed, and is competent and experienced in the handling of Chapter 13 bankruptcy cases.

WHEREFORE, the undersigned attorney respectfully applies for allowance of the compensation described above in this application and requests that the unpaid balance of such compensation be approved by the court as a priority administrative claim in the case, to be paid by the Chapter 13 trustee out of the funds deposited with the trustee by

the debtor.

    DATED: 7/9/2010

    ***S/ Steven L. Schiller***
Steven L. Schiller
Attorney for debtors
4 W. Fourth St. #200
Newport, KY 41071
859-261-6811    schiller@fuse.net

## NOTICE

Notice is hereby given that the within Motion is subject to an objection period of 21 days, unless the bankruptcy code specifies a longer period.  Unless an objection is filed during said period, an order sustaining the motion will be presented to the Court for consideration.  There will be a hearing on the Motion only if an objection is filed.

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury that he has on the date shown below, served in the manner required by the Bankruptcy Rules, a true copy of this document to the United States trustee, the Chapter 13 trustee and all the creditors.

Date: 7/9/2010

***S/ Steven L. Schiller***
Steven L. Schiller



**Steven L. Schiller, Attorney at Law**
**4 W. Fourth St., Suite 200**
**Newport, KY 41071**
**859-261-6811**
**859-909-0400 fax**
**schiller@fuse.net**

July 08, 2010

Rhett and Rachel Frambes
353 Riverbend Dr.
Ludlow, KY 41016

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 6/7/2010 | Bankruptcy | 140 receipt / review correspondence from atty for mortgage co re intent to seek stay relief; review plan; correspondence to client | 0.30 | $200.00 | $60.00 |
| 6/9/2010 | Bankruptcy | 140 receipt / review correspondence from atty for mortgage co re payment record | 0.10 | $200.00 | $20.00 |
| 6/15/2010 | Bankruptcy | 133 Correspondence to & from client and atty B. Schroer re mort pmts | 0.10 | $200.00 | $20.00 |
| 6/18/2010 | Bankruptcy | 230 receipt / review motion to dismiss for feasibility; review plan; correspondence to/from client re motion, and re mortgage arrearage correspondence | 0.50 | $200.00 | $100.00 |
| 6/22/2010 | Bankruptcy | 121 Conf w/client; review options re stay relief; plan mod; conversion | 1.00 | $200.00 | $200.00 |
| 6/23/2010 | Bankruptcy | 133 Correspondence to & from atty for mortgage co re stay relief; review trustee plan info; email to trustee and prep. agreed order re increasing payment amt | 0.50 | $200.00 | $100.00 |
| 7/1/2010 | Bankruptcy | 140 receipt / review correspondence from trustee; call to client; upload agreed order; review stay relief issue; email corresp to/from atty for mortgage co.; prep / file objection to stay relief | 0.90 | $200.00 | $180.00 |
| 7/2/2010 | Bankruptcy | 230 receipt / review ag order re plan pmt increase; serve; file cert | 0.30 | $200.00 | $60.00 |
| 7/8/2010 | Bankruptcy | 230 receipt / review agreed order re stay relief; call to client | 0.20 | $200.00 | $40.00 |
| | | **Amount Due** | **3.90** | | **$ 780.00** |