# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# AT COVINGTON

IN RE:    RHETT W. FRAMBES    CHAPTER 13
          RACHEL A. FRAMBES

                              CASE NO: 09-20312
          DEBTOR(S)

## NOTICE OF VOLUNTARY CONVERSION OF CASE TO CHAPTER 7 UNDER SECTION 1307(a)

Come the above Debtor(s), and hereby state as follows:

1) The Debtor(s) are no longer able to comply with their Chapter 13 plan and do not desire to modify the plan.

2) The Debtor(s) qualify as Debtor(s) under Chapter 7 of the Bankruptcy Code.

3) Under Section 1307(a) of the Bankruptcy Code, the Debtor(s) are entitled to convert their Chapter 13 case to a case under Chapter 7 at any time, and the Debtor(s) now wish to convert this Chapter 13 case to a case under Chapter 7.

4) The conversion to Chapter 7 is being made in good faith.

Wherefore, the Debtor(s) hereby give notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

*S/ Steven L. Schiller*
STEVEN L. SCHILLER
Attorney for Debtor(s)
4 West Fourth St., Suite 200
Newport, KY  41071
(859) 261-6811

APPROVED:

*S/ Rhett W. Frambes*           *S/ Rachel A. Frambes*
DEBTOR                          JOINT DEBTOR

## CERTIFICATION

I hereby certify that I have served a copy of the foregoing on the Chapter 13 Trustee and the U. S. Trustee on August 30, 2010

*S/ Steven L. Schiller*