**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT COVINGTON**

IN RE:  RHETT W. FRAMBES          CHAPTER 7
        RACHEL A. FRAMBES

                                  CASE NO: 09-20312

**DEBTORS**

## COMPENSATION OF ATTORNEY FOR DEBTORS
## ON CONVERSION TO CHAPTER 7

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtors and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtors in contemplation of or in connection with conversion of the within bankruptcy case from Chapter 13 to Chapter 7 is $699.00.

2. The source of the compensation paid, or to be paid to me was the debtors.

3. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm, except as indicated as follows: none.

4. In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements, and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Other provisions as needed.

5. By agreement with the debtors, the above-disclosed fee does not include the following services:
   a. Representation of the debtors in adversary proceedings and other contested bankruptcy matters;
   b. Appeals from rulings of the bankruptcy court.

### CERTIFICATION

I declare under penalty of perjury that the foregoing is a complete statement of

any agreement or arrangement for payment to me for representation of the debtors in this bankruptcy proceeding.

                                       **/s/ Steven L. Schiller**
                                       STEVEN L. SCHILLER
                                       Attorney for Debtor
                                       4 West Fourth St., Suite 200
                                       Newport, KY  41071
                                       (859) 261-6811

<u>CERTIFICATION</u>

     I hereby certify that a copy of the foregoing has been served upon the Chapter 7 Trustee  herein and the U. S. Trustee on this 2nd day of September, 2010.

                                         **/s/ Steven L. Schiller**
                                       STEVEN L. SCHILLER