B9C (Official Form 9C) (Chapter 7 Individual or Joint Debtor Asset Case) (12/07)　　　　　Case Number **09−20312−tnw**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Kentucky

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed on 2/17/09 and converted from chapter 13 to the chapter stated above on 8/30/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) name(s) and address, including all other names used by the debtor(s) in the last 8 years (married, maiden and trade names):

| | |
|---|---|
| Rhett W Frambes<br>dba Music by Request, fdba Everything Baby, LLC<br>353 Riverbend Dr.<br>Ludlow, KY 41016 | Rachel A. Frambes<br>353 Riverbend Dr.<br>Ludlow, KY 41016 |
| Case Number:<br>09−20312−tnw | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−8389<br>xxx−xx−5805 |
| Attorney for Debtor(s) (name and address):<br>Steven L. Schiller<br>4 West Fourth Street #200<br>Newport, KY 41071−1652<br>Telephone number: (859) 261−6811 | Bankruptcy Trustee (name and address):<br>Michael L. Baker<br>541 Buttermilk Pk #500<br>PO Box 175710<br>Covington, KY 41011<br>Telephone number: (859) 426−1300 |

### Meeting of Creditors

**Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.**

Date: **October 22, 2010**　　　　　Time: **10:00 AM**
Location: **US Courthouse, 1st Fl #178, 35 W 5th St, Covington, KY 41011**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

### Deadlines:
Documents must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **1/20/11**　　　For a governmental unit: **180 days after the date of the Order for Relief.**

**Creditor with a Foreign Address**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 12/21/10**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>PO Box 1111<br>Lexington, KY 40588−1111<br>Telephone number: (859)233−2608 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jerry D Truitt |
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date: 8/31/10 |

**Case information 24 hours per day: VCIS 1−866−222−8029**
**Visit our website at www.kyeb.uscourts.gov for more information.**

# EXPLANATIONS

B9C (Official Form 9C) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>Failure of the debtor(s) or the attorney for the debtor(s) to attend this meeting, without an order being entered sustaining a motion to continue, will result in a motion to dismiss the within case being filed. Failure of the debtor(s) to comply with the Order to Debtor entered on the same date as this notice, will result in a motion to dismiss the within case being filed. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Bankruptcy Clerk's Office | Any documents that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all documents filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee | The trustee named on the front side is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond. The trustee may give notice of intent to abandon property of the debtor(s) at the scheduled § 341 meeting. |

−− Refer to Other Side for Important Deadlines and Notices −−

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Eastern District of Kentucky | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Rhett W Frambes<br>Rachel A. Frambes | Case Number:   09-20312-tnw |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

**Court Claim Number:**_____
(*If known*)

Telephone number:

Filed on:_____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed:**   $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
**Describe:**

**Value of Property:** $_____  Annual Interest Rate___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $_____  Basis for perfection: _____

**Amount of Secured Claim:** $_____  Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (04/10) - Cont.**

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0643-2           User: teresah                Page 1 of 2                   Date Rcvd: Aug 31, 2010
Case: 09-20312                 Form ID: b9cn                Total Noticed: 52

The following entities were noticed by first class mail on Sep 02, 2010.
db/jdb        +Rhett W Frambes,    Rachel A. Frambes,    353 Riverbend Dr.,    Ludlow, KY 41016-1711
aty           +Hilary B Bonial,    9441 LBJ Fwy #350,    Dallas, TX 75243-4652
aty         +++RONALD C. TAYLOR,    PO BOX 5480,    120 E 4TH ST STE 400,    CINCINNATI OH 45202-4010
               (address filed with court: Ronald C. Taylor,     120 East 4th Street Suite 800,    PO Box 5480,
               Cincinnati, OH 45202)
tr            +Michael L. Baker,    541 Buttermilk Pk #500,    PO Box 175710,    Covington, KY 41017-5710
3782261       +ACB AMERICAN,   AGENT: ST. ELIZABETH MED CTR,    PO BOX 2548,    CINCINNATI, OH 45201-2500
3782264        BK OF AMER,   4060 OGLETOWN/STAN,    NEWARK, DE 19713
3782265       +BMW BANK OF NORTH AMER,    2735 E PARLEYS WAYS STE,    SALT LAKE CITY, UT 84109-1663
3802287       +BMW BANK OF NORTH AMERICA,    PO BOX 9488,    SALT LAKE CITY UT 84109-0488
3782268       +CAMBECE LAW OFFICE,    AGENT: CACH/PROVIDIAN,    8 BOURBON ST.,    PEABODY MA 01960-7481
3782270        CAPITAL ONE AUTO FINANCE,    PO BOX 260848,    PLANO TX 75026-0848
4077262       +CHASE HOME EQUITY,    3415 VISION DRIVE,    OH4-7164,    COLUMBUS, OH 43219-6009
3782271       +CITY OF LUDLOW,    PO BOX 16188,   LUDLOW KY 41016-0188
3836244       +CITY OF LUDLOW,    C/O THOMAS M MILLER,    300 BUTTERMILK PIKE #100,    FT MITCHELL KY 41017-3930
3782267      ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,   DENVER CO 80237-3408
               (address filed with court: CACH LLC,     AGENT: PROVIDIAN,    370 17TH STREET,   DENVER, CO 80202)
3782272        COLLECTCORP CORPORATION,    AGENT: AMEX,    PO BOX 100789,    BIRMINGHAM AL 35210-0789
3782273       +CREDITORS INTERCHANGE,    AGENT: HSBC,    80 HOLTZ DR.,    BUFFALO NY 14225-1470
3931704        DELL FINANCIAL SERVICES,    COLLECTIONS/CONSUMERS BANKRUPTCY,    12234B NORTH IH-35,
               AUSTIN, TEXAS 78753-1705
3782275       +EVERYTHING BABY LLC,    353 RIVERBEND DR.,    LUDLOW KY 41016-1711
3782276        FIRSTSOURCE,   AGENT: CAPITAL ONE, HSBC BANK, ET AL,     6341 INDUCON DR. EAST,
               SANBORN NY 14132-9097
3782277       +HNTINGTN NTL,    NC2W12,   2361 MORSE RD.,    COLUMBUS, OH 43229-5856
3798212       +HUNTINGTON NATIONAL BANK,    PO BOX 89424,    CLEVELAND OH 44101-6424
3881414       +JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
3782280        KENTON CO. SHERIFF,    PO BOX 188070,   ERLANGER KY 41018-8070
3796607       +KENTON COUNTY ATTORNEY,    303 COURT ST, ROOM 307,    COVINGTON KY 41011-1627
3788850       +PRA RECEIVABLES MANAGEMENT, LLC,    AS AGENT OF PORTFOLIO RECOVERY ASSOCS.,    POB 41067,
               NORFOLK VA 23541-1067
3782283       +ST. ELIZABETH MED CENTER,    401 E. 20TH ST.,    COVINGTON, KY 41014-1583
3782285       +TRI-STATE GASTROENTEROLOGY,    196 BARNWOOD DR.,    EDGEWOOD KY 41017-2501
3782287      ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
               (address filed with court: US DEP ED,     501 BLEEKER STREET,    UTICA, NY 13502)
3782286       +US BK RMS CC,    205 W 4TH ST,   CINCINNATI, OH 45202-4824
3855696        US DEPT OF EDUCATION,    DIRECT LOAN SVCG,    PO BOX 5609,    GREENVILLE, TX 75403-5609
3782288       +VALENTINE & KEBARTAX, INC.,    AGENT: DELL FINANCIAL,    PO BOX 325,    LAWRENCE MA 01842-0625
3782289       +WASHINGTON MUTUAL,    FSC0127,   PO BOX 100512,    FLORENCE SC 29502-0512

The following entities were noticed by electronic transmission on Aug 31, 2010.
aty           +E-mail/Text: schiller@fuse.net                            Steven L. Schiller,
               4 West Fourth Street #200,    Newport, KY 41071-1084
cr            +EDI: CHASE.COM Aug 31 2010 19:23:00     JPMorgan Chase Bank, National Association,
               7255 Baymeadows Way,    Mail Stop JAXB2007,    Jacksonville, FL 32256-6851
3877437        EDI: BECKLEE.COM Aug 31 2010 19:23:00      AMERICAN EXPRESS CENTURION BANK,
               C/O BECKET AND LEE LLP,    POB 3001,    MALVERN PA 19355-0701
3782262       +EDI: AMEREXPR.COM Aug 31 2010 19:23:00      AMEX,   P.O. BOX 981537,    EL PASO, TX 79998-1537
3782263       +E-mail/Text: ACF-EBN@acf-inc.com                            ATLANTIC CRD,   AGENT: HSBC,
               P O BOX 13386,    ROANOKE, VA 24033-3386
3782266       +EDI: BCTN.COM Aug 31 2010 19:23:00     BUREAU OF COLLECTION RECOVERY,    AGENT: WASHINGTON MUTUAL,
               7575 CORPORATE WAY,    EDEN PRAIRIE MN 55344-2022
3782269       +EDI: CAPITALONE.COM Aug 31 2010 19:23:00      CAP ONE,    POB 30281,
               SALT LAKE CITY, UT 84130-0281
3786539       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 01 2010 00:59:30
               CAPITAL ONE AUTO FINANCE, C/O ASCENSION CAPITAL GR,    P.O. BOX 201347,
               ARLINGTON, TX 76006-1347
3820617       +EDI: CAPITALONE.COM Aug 31 2010 19:23:00      CAPITAL ONE BANK (USA), N.A.,
               C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,    NORCROSS, GA 30091-5155
4079425        EDI: CHASE.COM Aug 31 2010 19:23:00     CHASE FINANCE,    8333 RIDGEPOINT DR, FLOOR 01,
               IRVING TX 75063-5812
3782274        EDI: RCSDELL.COM Aug 31 2010 19:23:00      DELL FINANCIAL SERVICES,    C/O CUSTOMER SERVICE,
               PO BOX 81577,    AUSTIN TX 78708-1577
3782278        EDI: HFC.COM Aug 31 2010 19:23:00     HSBC CARD SERVICES,    PO BOX 80082,    SALINAS CA 93912-0082
3782279       +EDI: HFC.COM Aug 31 2010 19:23:00     HSBC/BSTBY,    POB 15521,    WILMINGTON, DE 19850-5521
3796599       +EDI: CHASE.COM Aug 31 2010 19:23:00      JPMORGAN CHASE,    7255 BAYMEADOWS WAY MAIL STOP JAXB2007,
               JACKSONVILLE, FLORIDA 32256-6851
3782281        E-mail/Text: MBRODARICK@LLOYDMC.COM                            LLOYD & MCDANIEL PLC,   AGENT: HSBC,
               P.O. BOX 23200,    LOUISVILLE, KY 40223-0200
3782282       +EDI: NESF.COM Aug 31 2010 19:23:00      NATIONAL ENTERPRISE SYSTEMS,    AGENT: BANK OF AMERICA,
               29125 SOLON RD.,    SOLON, OH 44139-3442
3830006        EDI: RECOVERYCORP.COM Aug 31 2010 19:23:00      RECOVERY MANAGEMENT SYSTEMS CORPORATION,
               25 S.E. 2ND AVENUE, SUITE 1120,    MIAMI, FL 33131-1605
3830674       +EDI: BLINE.COM Aug 31 2010 19:23:00      ROUNDUP FUNDING, LLC,    MS 550,   PO BOX 91121,
               SEATTLE, WA 98111-9221
3782284       +EDI: CITICORP.COM Aug 31 2010 19:23:00      THD/CBSD,    PO BOX 6497,   SIOUX FALLS, SD 57117-6497
3782290        EDI: CHASE.COM Aug 31 2010 19:23:00      WASHINGTON MUTUAL,   MAILSTOP JAXA 2031,    PO BOX 44090,
               JACKSONVILLE FL 32231-4090
                                                                                              TOTAL: 20

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
District/off: 0643-2          User: teresah              Page 2 of 2                  Date Rcvd: Aug 31, 2010
Case: 09-20312                Form ID: b9cn              Total Noticed: 52
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2010**                          **Signature:**   _Joseph Speetjens_