BK1005435
TJK

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | |
|---|---|
| IN RE: | Case No. 09-20312 |
| Rhett W Frambes<br>Rachel A. Frambes | Chapter 7 |
| Debtors | Judge Wise |
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (PROPERTY ADDRESS: 353 RIVERBEND DRIVE, COVINGTON, KY 41016)** |

This matter is before the Court upon the Motion for Relief from the Automatic Stay and for Abandonment of Property filed herein by the secured creditor, JPMorgan Chase Bank, National Association, and it appearing to the Court that the debtors, Debtors' counsel, the Trustee and any lienholders were served with a copy of said Motion as indicated on the Certificate of Service attached to said Motion, and were served with a notice and opportunity for hearing; and it further appearing that Movant's Motion is well taken; accordingly

1

IT IS ORDERED THAT the automatic stay imposed by Section 362 of the Bankruptcy Code shall be, and hereby is terminated in all respects as against the said Movant, its successors and assigns, and that the Trustee's interest in the subject real property is hereby abandoned.

Pursuant to Local Rule 9022-1(c), _____,
shall cause a copy of this order to be served on
each of the parties designated to receive
this order pursuant to Local Rule 9022-1(a)
and shall file with the court a certificate
of service of the order upon such parties
within ten (10) days hereof.

COPIES TO:

Michael L. Baker - Trustee
541 Buttermilk Pike #500
P.O. Box 175710
Covington, KY 41017-5710
VIA ELECTRONIC SERVICE

City of Ludlow - Creditor
PO Box 16188
Ludlow, KY 41016
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Rhett W Frambes - Debtor
353 Riverbend Dr.
Ludlow, KY 41016
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Rachel A. Frambes - Debtor
353 Riverbend Dr.
Ludlow, KY 41016
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Kenton Co. Sheriff - Creditor
PO Box 188070
Erlanger, KY 41018-8070
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
100 East Vine Street, Ste. 500
Lexington, KY 40507
VIA ELECTRONIC SERVICE

Hon. Rachel K Pearson - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
VIA ELECTRONIC SERVICE

Hon. Steven L. Schiller - Attorney for Debtors
4 West Fourth Street #200
Newport, KY 41071
VIA ELECTRONIC SERVICE

Washington Mutual - Creditor
FSC0127
PO Box 100512
Florence, SC 29502
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

/s/ Rachel K. Pearson
Rachel K. Pearson
KY Bar Registration #91184
(513) 241-3100 x-3309

LERNER, SAMPSON & ROTHFUSS
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
ekybk@lsrlaw.com

4

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Tuesday, October 12, 2010**
**(tnw)**