# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### Covington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

| | |
|---|---|
| In Re: Rhett W Frambes<br>Rachel A. Frambes<br>353 Riverbend Dr.<br>Ludlow, KY 41016<br>353 Riverbend Dr.<br>Ludlow, KY 41016<br>aka/dba: Music by Request<br>Everything Baby, LLC<br>SSN/TID: xxx–xx–8389<br>xxx–xx–5805 | Case Number: 09–20312–tnw<br><br>Chapter: 7 |

Debtor(s)

## DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** the debtor is granted a discharge under section 727 of title 11, United States Code, (The Bankruptcy Code).

By the court –

Dated: 12/28/10

/s/Tracey N. Wise
Tracey N. Wise
U.S. Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) continued

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0643-2           User: fredag                 Page 1 of 2                   Date Rcvd: Dec 28, 2010
Case: 09-20312                 Form ID: B18                 Total Noticed: 53

The following entities were noticed by first class mail on Dec 30, 2010.
db/jdb        +Rhett W Frambes,    Rachel A. Frambes,    353 Riverbend Dr.,    Ludlow, KY 41016-1711
3782261       +ACB AMERICAN,    AGENT: ST. ELIZABETH MED CTR,    PO BOX 2548,    CINCINNATI, OH 45201-2500
3782264        BK OF AMER,    4060 OGLETOWN/STAN,    NEWARK, DE 19713
3782265       +BMW BANK OF NORTH AMER,    2735 E PARLEYS WAYS STE.,    SALT LAKE CITY, UT 84109-1663
3802287       +BMW BANK OF NORTH AMERICA,    PO BOX 9488,    SALT LAKE CITY UT 84109-0488
3782268       +CAMBECE LAW OFFICE,    AGENT: CACH/PROVIDIAN,    8 BOURBON ST.,    PEABODY MA 01960-7481
3782270        CAPITAL ONE AUTO FINANCE,    PO BOX 260848,    PLANO TX 75026-0848
4077262       +CHASE HOME EQUITY,    3415 VISION DRIVE,    OH4-7164,    COLUMBUS, OH 43219-6009
3782271       +CITY OF LUDLOW,    PO BOX 16188,    LUDLOW KY 41016-0188
3836244       +CITY OF LUDLOW,    C/O THOMAS M MILLER,    300 BUTTERMILK PIKE #100,    FT MITCHELL KY 41017-3930
3782267      ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
              (address filed with court: CACH LLC,      AGENT: PROVIDIAN,    370 17TH STREET,    DENVER, CO 80202)
3782272        COLLECTCORP CORPORATION,    AGENT: AMEX,    PO BOX 100789,    BIRMINGHAM AL 35210-0789
3782273       +CREDITORS INTERCHANGE,    AGENT: HSBC,    80 HOLTZ DR.,    BUFFALO NY 14225-1470
3931704        DELL FINANCIAL SERVICES,    COLLECTIONS/CONSUMERS BANKRUPTCY,    12234B NORTH IH-35,
                AUSTIN, TEXAS  78753-1705
3782275       +EVERYTHING BABY LLC,    353 RIVERBEND DR.,    LUDLOW KY 41016-1711
4370506       +FIRST DATA GLOBAL LEASING,    PO BOX 173845,    DENVER CO 80217-3845
3782276        FIRSTSOURCE,    AGENT: CAPITAL ONE, HSBC BANK, ET AL,    6341 INDUCON DR. EAST,
                SANBORN NY 14132-9097
3782277       +HNTINGTN NTL,    NC2W12,    2361 MORSE RD.,    COLUMBUS, OH 43229-5856
3798212       +HUNTINGTON NATIONAL BANK,    PO BOX 89424,    CLEVELAND OH 44101-6424
3881414       +JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
3782280        KENTON CO. SHERIFF,    PO BOX 188070,    ERLANGER KY 41018-8070
3796607       +KENTON COUNTY ATTORNEY,    303 COURT ST, ROOM 307,    COVINGTON KY 41011-1627
3788850       +PRA RECEIVABLES MANAGEMENT, LLC,    AS AGENT OF PORTFOLIO RECOVERY ASSOCS.,    POB 41067,
                NORFOLK VA 23541-1067
4382225       +PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF,    CITIBANK, NA,
                C/O RESURGENT CAPITAL SERVICES,    PO BOX 19008,    GREENVILLE, SC 29602-9008
4328740       +QUAST ORTHODONTICS,    320 THOMAS MORE PKWY,    CRESTVIEW HILLS KY 41017-3410
4328741       +ST. ELIZABETH HEALTHCARE,    401 EAST 20TH ST.,    COVINGTON KY 41014-1583
3782283       +ST. ELIZABETH MED CENTER,    401 E. 20TH ST.,    COVINGTON, KY 41014-1583
4328742       +ST. ELIZABETH MEDICAL CENTER,    401 EAST 20TH ST.,    COVINGTON KY 41014-1583
3782285       +TRI-STATE GASTROENTEROLOGY,    196 BARNWOOD DR.,    EDGEWOOD KY 41017-2501
3782287      ++U S DEPARTMENT OF EDUCATION,     P O BOX 5609,    GREENVILLE TX 75403-5609
              (address filed with court: US DEP ED,     501 BLEEKER STREET,    UTICA, NY 13502)
3782286       +US BK RMS CC,    205 W 4TH ST,    CINCINNATI, OH 45202-4824
3855696        US DEPT OF EDUCATION,    DIRECT LOAN SVCG,    PO BOX 5609,    GREENVILLE, TX 75403-5609
3782288       +VALENTINE & KEBARTAX, INC.,    AGENT: DELL FINANCIAL,    PO BOX 325,    LAWRENCE MA 01842-0625
3782289       +WASHINGTON MUTUAL,    FSC0127,    PO BOX 100512,    FLORENCE SC 29502-0512

The following entities were noticed by electronic transmission on Dec 28, 2010.
cr            +EDI: CHASE.COM Dec 28 2010 19:53:00     JPMorgan Chase Bank, National Association,
                7255 Baymeadows Way,    Mail Stop JAXB2007,    Jacksonville, FL 32256-6851
3877437        EDI: BECKLEE.COM Dec 28 2010 19:53:00     AMERICAN EXPRESS CENTURION BANK,
                C/O BECKET AND LEE LLP,    POB 3001,    MALVERN PA 19355-0701
3782262       +EDI: AMEREXPR.COM Dec 28 2010 19:53:00     AMEX,    P.O. BOX 981537,    EL PASO, TX 79998-1537
3782263       +E-mail/Text: ACF-EBN@acf-inc.com                            ATLANTIC CRD,    AGENT: HSBC,
                P O BOX 13386,    ROANOKE, VA 24033-3386
3782266       +EDI: BCTN.COM Dec 28 2010 19:58:00     BUREAU OF COLLECTION RECOVERY,    AGENT: WASHINGTON MUTUAL,
                7575 CORPORATE WAY,    EDEN PRAIRIE MN 55344-2022
3782269       +EDI: CAPITALONE.COM Dec 28 2010 19:58:00     CAP ONE,    POB 30281,
                SALT LAKE CITY, UT 84130-0281
3820617        EDI: CAPITALONE.COM Dec 28 2010 19:58:00     CAPITAL ONE BANK (USA), N.A.,
                C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,    NORCROSS, GA  30091
3786539       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Dec 29 2010 00:35:48
                CAPITAL ONE AUTO FINANCE, C/O ASCENSION CAPITAL GR,    P.O. BOX 201347,
                ARLINGTON, TX 76006-1347
4079425        EDI: CHASE.COM Dec 28 2010 19:53:00     CHASE FINANCE,    8333 RIDGEPOINT DR, FLOOR 01,
                IRVING TX  75063-5812
3782274        EDI: RCSDELL.COM Dec 28 2010 19:58:00     DELL FINANCIAL SERVICES,    C/O CUSTOMER SERVICE,
                PO BOX 81577,    AUSTIN TX 78708-1577
3782278        EDI: HFC.COM Dec 28 2010 19:58:00     HSBC CARD SERVICES,    PO BOX 80082,    SALINAS CA 93912-0082
3782279       +EDI: HFC.COM Dec 28 2010 19:58:00     HSBC/BSTBY,    POB 15521,    WILMINGTON, DE 19850-5521
3796599       +EDI: CHASE.COM Dec 28 2010 19:53:00     JPMORGAN CHASE,    7255 BAYMEADOWS WAY MAIL STOP JAXB2007,
                JACKSONVILLE, FLORIDA 32256-6851
3782281        E-mail/Text: MBRODARICK@LLOYDMC.COM                            LLOYD & MCDANIEL PLC,    AGENT: HSBC,
                P.O. BOX 23200,    LOUISVILLE, KY 40223-0200
3782282       +EDI: NESF.COM Dec 28 2010 19:58:00     NATIONAL ENTERPRISE SYSTEMS,    AGENT: BANK OF AMERICA,
                29125 SOLON RD.,    SOLON, OH 44139-3442
3788850       +EDI: PRA.COM Dec 28 2010 19:58:00     PRA RECEIVABLES MANAGEMENT, LLC,
                AS AGENT OF PORTFOLIO RECOVERY ASSOCS.,    POB 41067,    NORFOLK VA 23541-1067
3830006        EDI: RECOVERYCORP.COM Dec 28 2010 19:58:00     RECOVERY MANAGEMENT SYSTEMS CORPORATION,
                25 S.E. 2ND AVENUE, SUITE 1120,    MIAMI, FL 33131-1605
3830674        EDI: BLINE.COM Dec 28 2010 19:58:00     ROUNDUP FUNDING, LLC,    MS 550,    PO BOX 91121,
                SEATTLE, WA 98111-9221
3782284       +EDI: CITICORP.COM Dec 28 2010 19:53:00     THD/CBSD,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
3782290        EDI: CHASE.COM Dec 28 2010 19:53:00     WASHINGTON MUTUAL,    MAILSTOP JAXA 2031,    PO BOX 44090,
                JACKSONVILLE FL 32231-4090
                                                                                               TOTAL: 20
```

```
District/off: 0643-2          User: fredag              Page 2 of 2              Date Rcvd: Dec 28, 2010
Case: 09-20312                Form ID: B18              Total Noticed: 53

              ***** BYPASSED RECIPIENTS (continued) *****
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4372942*     +FIRST DATA GLOBAL LEASING,    PO BOX 173845,    DENVER CO 80217-3845
4329604*     +QUAST ORTHODONTICS,    320 THOMAS MORE PKWY,    CRESTVIEW HILLS KY 41017-3410
4329605*     +ST ELIZABETH HEALTHCARE,    401 EAST 20TH ST,    COVINGTON KY 41014-1583
4329606*     +ST ELIZABETH MEDICAL CENTER,    401 EAST 20TH ST,    COVINGTON KY 41014-1583
                                                                            TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2010**                     **Signature:** _Joseph Speetjens_